FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

**FILED**
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. _____
(leave this space blank)

KENNETH A. HINTON
FCC PETERSBURG-MEDIUM
POB 90043
PETERSBURG, VA 23804
(enter full names of each plaintiff(s))

Case: 1:08-cv-00312
Assigned To : Roberts, Richard W.
Assign. Date : 2/25/2008
Description: Pro Se General Civil

v.

Inmate Number  DCDC #261-079
               FBOP #17746-016

CORRECTIONS CORPORATION OF AMERICA
ET AL

(enter full names of each defendant(s))

*************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?  YES ( )   NO (X)

If your answer is YES, describe the former lawsuit in the space provided below:

_____
_____
_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE?  YES (X)   NO ( )

If your answer is YES:

1. What steps did you take? **Notified CCA Warden & Health Administrator of issues regarding my exposure to (MRSA) while detained in its facility**

2. What was the result? (Attach copies of grievances or other supporting documentation.) **Later received medical treatment for exposure and being infected with the (MRSA) superbug bacteria.**

RECEIVED
FEB 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 5

1

VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

__X__ This cause of action arose at **CCA/CTF Facility in Washington, D.C. 20003**, and I am now being housed at **FCC Petersburg-Medium, Petersburg, VA 23804**. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

__X__ I have exhausted by administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions. *(See exhibit A Attached)*

III. PARTIES:
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: **Kenneth A. Hinton**

Name of Present Confinement: **FCC Petersburg-Medium**

Address of Present Confinement: **P.O. Box 90043**
**Petersburg, VA 23804**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant: **Corrections Corporation of America ("CCA")**
Position: **John Caulfield, Warden**
Employed at: **Corrections Corporation of America/CTF**
Address: **1901 E Street S.E.**
**Washington, D.C. 20003**

Capacity in which being sued: Individual ( ) Official ( ) Both (X)

C. Defendant: **Corrections Corporation of America ("CCA")**
Position: **Corporate Headquarters -CEO/President**
Employed at: **Corporate Headquarters of ("CCA")**
Address: **10 Burton Hills Blvd, Nashville, TN 37215**

Capacity in which being sued: Individual ( ) Official ( ) Both (X)

REVISED DATE: 09/2001

D. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

E. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. STATEMENT OF CLAIM

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES. If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

From on or about May 25, 2007 I was housed and detained at the Corrections Corporation of America/Central Treatment Facility, ("CCA/CTF") awaiting to be designated and transferred to the FCC Petersburg(Medium) FBOP facility in Petersburg, VA. While being held at CCA/CTF I was unknowingly and unreasonably exposed to unsanitary, unsafe and unreasonable conditions of inadequate sanitation, cleaning and disinfectant of the CCA/CTF C2B Housing Unit by which I contracted and was infected with the "superbug" bacteria Methycillin Resistant Staphycoccus Aureoa (MRSA). As a Proximate of not having adequate and proper sanitation supplies afforded to me and other inmates housed on the CCA/CTF C2B housing unit, I was further exposed to vermin, fruit flies, leeches in the showers and other air borne pathogens and bacteria which further attributed to me having ongoing complications as a result of the delayed treatment that I later received for this infection and exposure.

As a proximate result of the CCA/CTF staff and officials deliberate indifference in not providing to me adequate, sufficient and proper disinfectants and sanitation supplies pursuant to my numerous requests for such to sanitize my cell and the surrounding living area for which I was confined to, I have suffered unreasonable personal injury as a result of later having to undergo an (I&D) medical procedure for which has caused me a permanent scar on my upper left thigh and on my left elbow.

As a proximate result of having to undergo a (I&D) incision and drainage surgical procedure to remove the enormous growth of the (MRSA) superbug bacteria from my left thigh I encountered severe pain, insomnia, anxiety, acute stress, emotional distress, and mental anguish resulting from still not being afforded with adequate, sufficient and reasonable sanitation supplies and disinfectant cleaning agents to properly clean and sanitize my cell, showers, microwave oven and dayroom area were I and other inmates resided while in a overcrowed unit.

I was ignored for over seven (7) days by the CCA/CTF unit manager, case manager and medical staff regarding my numerous requests to the CCA/CTF staff for "disinfectants and cleaning solvents" to clean my cell and the unit area were I and other inmates congregated. I encountered a deliberate indifference, bad faith, breach of care/duty and negligence by and from the CCA/CTF staff and officials regarding their lack of action and inaction to remedy the health concerns that I was suffering from as a result of being diagnosed with exposure to the (MRSA) superbug bacteria.

(See Exhibit A, Attached)

V.  RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

Plaintiff seeks redress and recompense in the amount of $1,000,000.00 for compensatory damages regarding the personal injuries he has suffered with relating to being unreasonably exposed to (MRSA) at the CCA/CTF.

Plaintiff hereby seeks redress and recompense in the amount of $1,000,000.00 as for punitive damages regarding the Defendants negligence, deliberate indifference, bad faith, breach of care/duty and negligent infliction of emotional distress and mental anguish on the plaintiff.

_____

_____

_____

_____

Signed this **31st** day of **January, 2008**.

_____
Signature of Plaintiff
**Kenneth A. Hinton, Pro se**

**n/a**
_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

**1-31-08**
Date

_____
Signature of Plaintiff

**n/a**
_____
Signature of other Plaintiffs
(if necessary)

AFFIDAVIT/DECLARATION OF KENNETH A. HINTON
Pursuant to 28 U.S.C. 1746, et seq.

RE: Kenneth A. Hinton  v.  Corrections Corporation of America

I hereby certify and declare that the foregoing is true and correct under penalty of perjury to the best of my knowledge and recollection.

From on or about May 20, 2007 I was detained and held in the custody of Corrections Corporation of America ("CCA") C2B housing unit.

From on or about May 28, 2007 until June 8 2007 I was housed on the C2b housing unit without being provided adequate and sufficient cleaning supplies, disinfectants or sanitation solvents as to were I could clean and sanitize my cell and the living area where I and other inmates congregated.

On numerous occassions from May 28, 2007 until August 22, 2007 I submited numerous "Institutional Inmate Grievances" to the CCA/CTF staff and particulary to the attention of John Caulfield, Warden regarding the unhealthly, unsafe and unsanitary conditions for which I and other inmates were exposed to as a proximate result of not being provided requested cleaning supplies and disinfectants to clean our cells and unit.

On or about May 30, 2007 I reported to the CCA/CTF medical staff that I was experiencing complications from a sore on my upper left thigh. I submitted numerous medical request via the institutional mail to be seen by a physician. My requests went unattended and I further encountered more severe complications of swelling and infectious discharge from my upper thigh. From on or about May 30th to June 8th I received no medical attention or medication to help alleviate my pain and suffereing.

On or about June 11, 2007 I was later diagnosed with having been infected and exposed to the "superbug bacteria" MRSA. I had to wait an additional week to receive the needed treatment to remove the MRSA due to the fact that CCA/CTF medical/health unit did not have the required scalpel's available to perform the requisite I&D (incision and discharge procedure).

As a proximate result of the delayed treatment I suffered with unreasonable pain, anxiety, insomnia, stress and trauma. I had to undergo extensive treatment which involved having my thigh packed with medication and sterile gauze for over five weeks. I was further still subjected to more exposure to MRSA due to ongoing non-responsive action of the CCA/CTF staff and officials inaction to remedy the deficiency of inadequate sanitation supplies being provided to me and other inmates.

At all times during this ordeal I notified the Warden, John Caulfield via "inmate request to staff" forms and grievances that were logged with the designated CCA/CTF Grievance Officer, Ms. Allen. Due to my transfer to FCC Petersburg from CCA/CTF I was not allowed to bring my "only copies" of such grievances with me.

Dated: August 31, 2007           Signed: _____
                                          Kenneth A. Hinton

FILED
FEB 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0312

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-312
RWR

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| KENNETH A. HINTON | CORRECTION CORPORATION OF AMERICA, ETAL |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888 (EXCEPT IN U.S. PLAINTIFF CASES) PRO SE | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | Case: 1:08-cv-00312  Assigned To : Roberts, Richard W.  Assign. Date : 2/25/2008  Description: Pro Se General Civil |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☒ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— ⓒ —

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1) Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ■ NO   If yes, please complete related case form.

DATE 2.25.08

SIGNATURE OF ATTORNEY OF RECORD  NCO

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

ns\js-44.wpd

