RECEIVED
APR - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH A. HINTON
    Plaintiff,

vs.

Case No. 1:08-cv-00312-RWR

CORRECTIONS CORPORATION OF AMERICA
    Defendant,

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO
FED R. Civ. Prod. RULE 55, et seq.
AND AFFIDAVIT /DECLARATION IN SUPPORT OF MOTION

    NOW COMES, the Plaintiff, Kenneth A. Hinton, pro se who hereby moves this Honorable Court to grant him an order of default judgment pursuant to F.R.Civ.P. Rule 55, et seq. against the named defendant regarding the above captioned civil action now before this court.

    WHEREAS, in support of this motion/request herein the plaintiff states the following under penalty of perjury in accordance to 28 U.S.C. 1746, et seq.:

    1. On or about February 25, 2008 this court accepted and docketed for filing the plaintiff's verified complaint against defendant for the sum certain amount for damages of $1,000,000.00 for compensatory damages regarding his personal injury claim against defendant; and further sought redress and recompense in the amount of $1,000,000.00 against defendant for punitive damages regarding the defendant's malfeasance, as averred in the plaintiff's verified complaint.

    2. On or about March 5, 2008 this court via the Clerk of Court issued summons as to the defendant Corrections Corporation of America.

    3. On or about March 12, 2008 this court received "return of service/affidavit of summons and complaint executed" upon the defendant. Defendant was to provide to plaintiff and this court its response and/or answer to the plaintiff's verified complaint, by March 31, 2008.

    4. As of April 8, 2008 (now more than eight days) the plaintiff has not received any such answer/response or communication from the defendant regarding its failure to answer/respond to the plaintiff's verified complaint. Nor has the plaintiff been informed of the need of defendant to request an extension of time to file such answer to the plaintiff's complaint.

WHEREAS, in the manifest of justice and to preserve judicial economy the plaintiff hereby moves this court to isssue an order of default judgment in the amount of $2,000,000.00 against the defendant Corrections Corporation of America regarding its willful failure to answer/respond to the plaintiff's verified complaint that was adequately and properly served via summons from this court upon it's agent, representative, officials and/or registered agent on or about March 5, 2008.

WHEREFORE, for all reasons and just causes as mentioned herein this motion and affidavit/declaration of the plaintiff. It is hereby further requested that this court promptly issue its order for such relief as averred in the plaintiff's complaint and provide to the plaintiff such redress and recompense as justly claimed for damages against the defendant, accordingly.

Dated: April 8, 2008

Respectfully submitted,

Kenneth A. Hinton
P.O. Box 90043
Petersburg, VA 23804
c/o 17746016

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury citing 28 U.S.C. 1746, et seq, that the foregoing Motion for Default Judgment & Affidavit Declaration of the Plaintiff was served via First Class Mail, Postage Prepaid and sent to the Clerk of this Court and the named Defendant on this 8th day of April, 2008.

Signed: 

cc: File
    G. Lattimer, Esq.