# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Kenneth A. Hinton,

                Plaintiff,

v.

Corrections Corporation of America,

                Defendant.

Civil Action No. 1:08-cv-00312-RWR

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

> Jennifer L. Holsman, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7310
> Facsimile No.:   (602) 200-7507
> E-Mail: jholsman@jshfirm.com

Dated: April 18, 2008                    Respectfully submitted,

                                        JONES, SKELTON & HOCHULI, P.L.C.
                                        2901 North Central Avenue, Suite 800
                                        Phoenix, Arizona  85012
                                        Tel:    (602) 263-1700


                                        By:    s/ Jennifer L. Holsman
                                            Daniel P. Struck, Bar No. 012377
                                            Jennifer L. Holsman, Bar No. 495296
                                            Attorneys for Defendant Corrections
                                            Corporation of America

ORIGINAL of the foregoing filed ELECTRONICALLY
this 18th day of April, 2008 .

COPY of the foregoing mailed
this 18th day of April, 2008, to:

Kenneth A. Hinton
R17746-016
Petersburg Medium Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 90043
Petersburg, VA 23804

*Plaintiff Pro per*

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036

*Attorneys for Defendant Corrections*
*Corporation of America*


  s/ Jennifer L. Holsman
      Jennifer L. Holsman