IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>    Plaintiff,<br><br>v.<br><br>Corrections Corporation of America,<br><br>    Defendant. | Civil Action No. 1:08-cv-00312-RWR |

### DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Defendant Corrections Corporation of America ("CCA"), through counsel, submits this response to Plaintiff's Motion for Default Judgment filed on April 8, 2008 [Dkt. #8].[1]

Plaintiff filed a Complaint with the United States District Court on February 25, 2008. Defendant CCA was served with the Complaint on March 10, 2008 and had until March 31, 2008, to file a response pursuant to FED. R. CIV. P. 4.[2] Plaintiff also acknowledges in his Motion that Defendant "was to provide to plaintiff and this court its response and/or answer to the plaintiff's verified complaint, by March 31, 2008."

Defendant filed a Motion to Dismiss on March 31, 2008, within the time period prescribed by Rule 4 and as acknowledged by Plaintiff.[3]

Plaintiff thereafter filed the subject Motion for Default Judgment on April 8, 2008, over a week after Defendant had filed the Motion to Dismiss.

---

[1] Defendant CCA did not receive notification of Plaintiff's Motion for Default Judgment until receipt of the Court's Notice of Electronic Filing on April 14, 2008. Although Defendant CCA has provided Plaintiff with contact information for counsel representing CCA, Plaintiff did not provide a copy of the filing via mail before filing.

[2] See also the Court's Docket #5.

[3] See also the Court's Docket #6.

In addition, on April 9, the Court entered an Order requesting that Plaintiff file a Response to Defendant's Motion to Dismiss by May 12, 2008.

Because Defendant CCA filed its Motion to Dismiss within the time period prescribed by Rule 4, Plaintiff's Motion for Default Judgment is moot. Accordingly, Defendant CCA respectfully requests that this Court deny Plaintiff's Motion for Default Judgment.

Dated: April 23, 2008

By:  s/ Jennifer L. Holsman
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

Paul J. Maloney (D.C. Bar No. 362533)
Mariana Bravo (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555

Attorneys for Defendants *Corrections Corporation of America*

ORIGINAL of the foregoing filed ELECTRONICALLY
this 23rd day of April, 2008 .

COPY of the foregoing mailed
this 23rd day of April, 2008, to:

Kenneth A. Hinton
R17746-016
Petersburg Medium Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 90043
Petersburg, VA 23804
*Plaintiff Pro per*

1907002.1

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
*Attorneys for Defendant Corrections
Corporation of America*


   /s/ Jennifer L. Holsman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>            Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America,<br><br>            Defendant. | Civil Action No. 1:08-cv-00312-RWR |

**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT**

UPON consideration of Plaintiff's Motion for Default and Defendant Corrections Corporation of America's Response, the entire record herein, and for good cause shown, it is this ___ day of _____, 2008 **ORDERED** that Plaintiff's Motion for Default be, and is hereby **DENIED**.

Dated: April _____, 2008

                                                    By:_____
                                                         Honorable Richard W. Roberts