CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address    ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☐ Firm Name change/correction
☐ Create Flag:    ☐ Pro Bono    ☐ Pro Hac Vice
☐ Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☒ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government    ☐ Gvt Not Certified    ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

Case No.: 08-CV-312 (RWR)
           08-CV-668 (RWR)
Bar ID No.: 08-CV-278 (RWR)    ☐ Attorney    ☒ Pro Se
Prisoner ID No.: 17746016
Name: KENNETH A. Hinton

**OLD ADDRESS:**
Office:_____
Unit:_____
Address: P.O. Box 90043
City: Petersburg    State: VA    Zip: 23804
Telephone:_____

**NEW ADDRESS:**
Office: KENNETH A. Hinton, Pro Se
Unit:_____
Address: 2200 Wilson Blvd
         Suite 102-004
City: Arlington    State: VA    Zip: 22201
Telephone: 703/508-0947

COMMENTS: **RECEIVED**
JUN 4 - 2008
DATE:_____ NANCY MAYER WHITTINGTON, CLERK Deputy Clerk:_____
U.S. DISTRICT COURT