# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>        Plaintiff,<br><br>v.<br><br>Corrections Corporation of America,<br><br>        Defendant. | Civil Action No. 1:08-cv-00312-RWR |

## NOTICE OF RE-SERVICE OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S REPLY MEMORANDUM IN SUPPORT OF IT'S MOTION TO DISMISS

On May 12, 2008 Defendant Correction Corporations of America served its Reply Memorandum in Support of Defendant's Motion to Dismiss upon Plaintiff via United States mail. The envelope was returned and stamped by the Postal Service, "Return to Sender – Not Deliverable as Addressed – Unable to Forward."

On June 4, 2008, Plaintiff filed an Address Correction with the Court. This is to notify the Court that on June 6, 2008, Defendant Corrections Corporation of America re-served it's Reply Memorandum in Support of Defendant's Motion to Dismiss upon Plaintiff via United States Mail.

1925035.1

| | |
|---|---|
| Dated: June 6, 2008 | By:  s/ Jennifer L. Holsman <br> Daniel P. Struck (D.C. Bar No. CO0037) <br> Jennifer L. Holsman (D.C. Bar No. 495296) <br> JONES, SKELTON & HOCHULI, P.L.C. <br> 2901 North Central Avenue, Suite 800 <br> Phoenix, Arizona  85012 <br> Telephone:   (602) 263-1700 <br> Facsimile: (602) 263-1784 <br> <br> Paul J. Maloney (D.C. Bar No. 362533) <br> Mariana Bravo (D.C. Bar No. 473809) <br> CARR MALONEY, PC <br> 1615 L Street, NW, Suite 500 <br> Washington, DC 20036 <br> Telephone: (202) 315-5500 <br> Facsimile: (202) 310-5555 <br> <br> Attorneys for Defendants *Corrections Corporation of America* |

ORIGINAL of the foregoing filed ELECTRONICALLY
this 6th day of June, 2008 .

COPY of the foregoing mailed
this 6th day of June, 2008, to:

Kenneth A. Hinton
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201

*Plaintiff Pro per*

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036

*Attorneys for Defendant Corrections Corporation of America*


  /s/    Jennifer L. Holsman

- 2 -

1925035.1